# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1294

_____

James E. Thompson, Sr.,       *

           *

      Appellant,       *

           *    Appeal from the United States

      v.       *    District Court for the

           *    District of South Dakota.

Ron Merwin, Sheriff; John Doe, Meade   *

County, South Dakota, Jail       *    [UNPUBLISHED]

Administrator; Don Holloway, Sheriff,   *

Pennington County, South Dakota;       *

John Doe, Pennington County, South       *

Dakota, Jail Administrator; Lori       *

Hawthorne, Meade County, South       *

Dakota, Jail Medical Employee; Meade   *

County, South Dakota, Jail Employees,   *

Collectively; Pennington County,       *

South Dakota, Jail Employees,       *

Collectively; Sgt. John Doe O'Brien,   *

Sturgis, South Dakota, Police       *

Department; Jesse Sondreal, Meade       *

County, South Dakota, State's       *

Attorney; William Macy, Magistrate;   *

Robert Haivala, Esq.; Dave Muller,       *

Meade County, South Dakota, Jail       *

Administrator; Tyra Austin, Meade       *

County, South Dakota, Employee,       *

           *

      Appellees.       *

_____

Submitted:  February 7, 2007
Filed:  February 22, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

James E. Thompson, Sr., appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 lawsuit under 28 U.S.C. § 1915A.  After careful review of the record, we find that Thompson's claims were properly dismissed, and that an extended discussion would have no precedential value.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.